```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**RICHARD BOWER**                                                              **PLAINTIFF**

        **v.**                **Civil No. 12-5058**

**CIRCUIT JUDGE JOHN PUTMAN;**
**PROSECUTING ATTORNEY RON KINCADE;**
**SHERIFF JOHN MONTGOMERY; and**
**DEPUTY SHERIFF BRAD LEWIS**                                                  **DEFENDANTS**

## O R D E R

Before the Court is the **Report and Recommendation of the Magistrate Judge** (document #6), and plaintiff's objection thereto (document #7). The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that Plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that plaintiff's objection to the Report and Recommendation (document #7) is hereby **overruled**;

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation (document #6) is hereby **adopted *in toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's **Application to Proceed In Forma Pauperis** (document #1) is **denied** and plaintiff's complaint is hereby **dismissed without prejudice**.

IT IS SO ORDERED.

                                                      /s/ Jimm Larry Hendren
                                                      JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE