IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD BOWER                                                                                    PLAINTIFF

       v            Civil No. 12-5058

JOHN PUTMAN, et al.                                                                         DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Currently before the undersigned is the Plaintiff's Motion for Leave to Appeal In Forma Pauperis (IFP).  (Doc. 9).  On June 27, 2012, United States District Judge Jimm Larry Hendren adopted the Report and Recommendation entered by the undersigned and dismissed Plaintiff's complaint. (Docs. 6, 8.)  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). As was discussed in detail in the Report and Recommendation, all of Plaintiff's claims were subject to dismissal, as Plaintiff named Defendants that were immune from suit and Plaintiff failed to state a cause of action under 42 U.S.C. §. 1983.  Accordingly, any appeal would not be taken in good faith.

The undersigned therefore recommends that the Motion for Leave to Appeal IFP (Doc. 9) be DENIED.  Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. See Fed. R. App. P. 24(a)(5).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of July, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE