```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**RICHARD BOWER**                                              **PLAINTIFF**

        **v.**        **Civil No. 12-5058**

**CIRCUIT JUDGE JOHN PUTMAN;**
**PROSECUTING ATTORNEY RON KINCADE;**
**SHERIFF JOHN MONTGOMERY; and**
**DEPUTY SHERIFF BRAD LEWIS**                                  **DEFENDANTS**

## O R D E R

Now on this 16th day of August, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #10) and plaintiff's objection thereto (document #11). The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects and that Plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #10) is hereby **adopted *in toto***, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application to Proceed Without Prepayment of Fees** (document #9) is **denied.**

IT IS SO ORDERED.

                                           /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**